UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**DEUNTAVIOUS-DECOREY ARNOLD,**

   Plaintiff,

v.                                          No. 4:24-cv-0320-P

**NAVY FEDERAL CREDIT UNION FOUNDATION, ET AL.,**

   Defendant.

## ORDER

Before the Court are the Findings, Conclusions, and Recommendation ("FCR") of the United States Magistrate Judge in this case, ECF No. 10, recommending that the Court dismiss Plaintiff's action under Federal Rule 41(b). Because Plaintiff did not object to the FCR, the Court reviews it for clear error.

Finding that there is no such error in the FCR, the Court **AFFIRMS** its conclusion and **ADOPTS** its reasoning. Accordingly, this case is **DISMISSED without prejudice.**

**SO ORDERED** on this **9th day of May 2024.**

_Mark T. Pittman_
Mark T. Pittman
UNITED STATED DISTRICT JUDGE